UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 9:17-cv-80254-KAM

JANET HOYT,

    Plaintiff,

vs.

ES STORAGE, INC. A/K/A EXTRA SPACE
STORAGE, INC.,
d/b/a EXTRA SPACE STORAGE,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**

Plaintiff, JANET HOYT ("Plaintiff"), by and through undersigned counsel, pursuant to Local Rule 16.2(f)(2), hereby gives notice that Plaintiff and Defendant, ES STORAGE, INC. a/k/a EXTRA STORAGE, INC., d/b/a EXTRA SPACE STORAGE ("Defendant"), have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff and Defendant respectfully request thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: June 7, 2017.

                                                    BY:   /s/ Jason S. Weiss
                                                              Jason S. Weiss
                                                              Jason@jswlawyer.com
                                                              Florida Bar No. 356890
                                                              WEISS LAW GROUP, P.A.
                                                              5531 N. University Drive, Suite 103
                                                              Coral Springs, FL 33067
                                                              Tel: (954) 573-2800
                                                              Fax: (954) 573-2798
                                                              *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890